IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JACKIE CARTER,

                              Plaintiff,

       v.

Ms. SICKENGER (Sgt.); Mr. BRINKMAN (C.O.);
C.O. Mr. CAIRO; C.O. Mr. J. PEAK;
C.O. Mr. SCULLION; C.O. Ms. PELKY;
Nurse Ms. JOLINDA WATERMAN; Nurse
Ms. MARIAN HARTMANN; Nurse Ms. MAURA
MCNAMEE; Nurse Mr. DARREN FOSTER;
Health Manager Ms. MARY MILLER; Doctor
Mr. BURTON COX, JR.; Complaint Examiner
Ms. CHRISTINE BEERKIRCHER, Complaint
Examiner Ms. ELLEN K. RAY; Complaint Examiner
Mrs. KELLY TRUMM; Warden's Wife
Mrs. JUDITH HUIBREGTSE; Warden, Mr. PETER
HUIBREGTSE; Security Director Ms. MONICA
HORNER; Assistant Warden, Mr. BOUGHTON;
Director of W.D.O.C. Mr. RICK RAEMISCH;

                              Defendants.

                                              ORDER

                                       09-cv-427-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JACKIE CARTER,

                              Plaintiff,

                                       09-cv-437-bbc

v.

PETER HUIBREGTSE (Warden); MONICA
HORNER (Security Director); Mrs. JUDITH
HUIBREGTSE (Sgt. Mail Room); Capt. BOISE;
Lt. TOM; Ms. CHRISTINE BEERKIRCHER;
C.O. SCULLION; Health Manager, MARY MILLER;
Captain DYLON RADTKE; Warden GREG GRAMS;
Security Director JANEL NICKEL; Assist.
Warden MARC CLEMENTS; Lieutenant
D. LIPINSKI; ICE MARY LEISER; Sergeant
KOTTA; Capt. CANFIELD; M.D. BURTON COX;
Assist. Warden, GARY BOUGHTON; Sergeant
SICKENGER; R.N. JOLINDA WATERMAN;
Captain MASON; ICE KELLY TRUMM;
Sergeant CARPENTER; ICE ELLEN RAY;
C.O. TAYLOR; Capt. SHARPE; C.O. MULLUSK;
C.O. FREDRICK; C.O. GALENGER;
C.O. COCKROFT; R.N. DARREN FOSTER;
C.O. BRINKMAN; C.O. JONES;
R.N. MARIAN HARTMAN, C.O. PEAK;
C.O. FINNELL; C.O. BELZ, SR.; Sgt. BLOYER;
C.O. LEFTLER; C.O. BELZ, JR.; R.N. DEBORAH
CAMPBELL; W.D.O.C. Secretary RICK RAEMISCH;

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Jackie Carter, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint in each of these cases. He requests leave to proceed in forma pauperis. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee for each case as required by 28

2

U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payments cannot be calculated at this time because he has not submitted trust fund account statements with his complaints.

Plaintiff's complaints were submitted on June 30, 2009 and July 5, 2009. His trust fund account statement should cover the six-month period beginning approximately December 30, 2009 and ending approximately June 30, 2009. Once plaintiff has submitted the necessary statements, I will calculate his initial partial payments and advise him of the amounts he will have to pay before the court can screen the merits of his complaints under § 1915(e)(2).

## ORDER

IT IS ORDERED that plaintiff may have until August 6, 2009, in which to submit a trust fund account statement for the period beginning December 30, 2009 and ending June 30, 2009. If, by August 6, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw these two actions voluntarily and the clerk of court is directed to close

3

these files without prejudice to plaintiff's filing his cases at a later date.

Entered this 16th day of July, 2009.

                        BY THE COURT:

                        /s/ Barbara B. Crabb
                        BARBARA B. CRABB
                        District Judge