IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　　09-cv-437-wmc

DYLON RADTKE, GREGORY GRAMS, RICK
RAEMISCH, LORI ALSUM, DALIA SULIENE,
STEVE HELGERSON, DARCI BURRESON,
PAUL KETARKUS, JANEL NICKEL, ANTHONY
ASHWORTH, LT. LANE, MARY LIESER,
DAVID LIPINSKI and JAMES GREER,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Paul Ketarkus, Anthony Ashworth, Mary Lieser and Lt. Lane; and

(2) granting Dylon Radtke, David Lipinski, Lori Alsum, Steve Helgerson, Darci Burreson, Rick Raemisch, Gregory Grams, James Greer, Janel Nickel and Dalia Suliene's motion for summary judgment and dismissing this case.

| /s/ | 5/31/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |